# MEMO ENDORSED

**HOWARD M. LEFKOWITZ**
ATTORNEY AT LAW

32 FLAG HILL ROAD
CHAPPAQUA, NY 10514
(914) 769-7668
(914) 769-5437 (FAX)

380 LEXINGTON AVE.
SUITE 1700
NEW YORK, NY 10168
(212) 551-7888

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-18-08

June 17, 2008

*Conference adjourned from July 11 to July 25 at 10:30 am
SO ORDERED
/s/ P. Kevin Castel
6-18-08*

Via Facsimile
Honorable P. Kevin Castel
United States District Court
500 Pearl Street
New York, New York 10007

Re: *Race Day Stables, LLC v. Ebert Vans, Inc. et al*
Index No. 08 CV 4220

Dear Judge Castel:

My office represents the Defendants in the captioned action.

An initial pretrial conference is scheduled for July 11, 2008. However, I will be out of the country from July 7, 2008 through July 17, 2008. I therefore request an adjournment of the conference until one of the following dates: July 25, 28, 31, August 1, 4, 5, 7, 8, 2008.

I thank the court for its consideration.

Very truly yours,

HOWARD M. LEFKOWITZ

cc: Phillipson & Uretsky, LLP